| | |
|---|---|
| 1 | GEOFFREY HANSEN |
| | Acting Federal Public Defender |
| 2 | RITA BOSWORTH |
| | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
| | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |
| 5 | |
| | Counsel for Defendant MITCHELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-951 EMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE STATUS HEARING AND |
| v. | ) | EXCLUDE TIME |
| | ) | |
| JERRY MITCHELL | ) | Current Date: April 4, 2012, at 2:30 p.m. |
| | ) | Proposed Date: May 9, 2012, at 2:30 p.m. |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The defendant and the government respectfully request that the Court continue the hearing in this matter, currently scheduled for April 4, 2012, to May 9, 2012, and exclude time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

The parties appeared in court for a status conference on February 29, at which point they represented that the gun recovered in this case needed to be tested for DNA. The parties agreed to come back on April 4 and time was excluded for effective preparation of counsel. Both parties worked diligently to get DNA samples to the lab in a timely manner, but as of the date of this filing, the results from the DNA lab have not yet been returned. The result of the DNA analysis

is a crucial piece of information that is necessary before Mr. Mitchell can make a decision as to how to proceed. Mr. Mitchell is out of custody and has been in compliance with all his conditions of release. This is the first continuance the parties have requested. For these reasons, the parties are requesting that the Court vacate the current hearing date of April 4 and reschedule a status hearing for May 9, and the parties further request that time be excluded from the Speedy Trial Act through May 9 on the basis of effective preparation of counsel.

SO STIPULATED.

DATED: 4/3/12  /s/
_____
RITA BOSWORTH
Assistant Federal Public Defender

DATED: 4/3/12  /s/
_____
RANDY LUSKEY
Assistant United States Attorney

SO ORDERED.

_____
DATE

HON
United

IT IS SO ORDERED
Judge Edward M. Chen

Stipulation and [Proposed] Order; *U.S. v. Mitchell*, 11-951 EMC     2