MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Facsimile: (415) 436-7234
randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY MITCHELL,<br><br>Defendant. | CR 11-00951 EMC<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

On May 30, 2012, the parties in this case appeared before the Honorable Edward M. Chen for a status conference. At that time, the parties represented that the defense has recently engaged a DNA expert who had just begun his review and analysis of the DNA evidence in the case. The parties jointly requested a three week extension of time and stipulated that time should be excluded from May 30, 2012 to June 20, 2012, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: July 16, 2012

/s/
RANDY LUSKEY
Assistant United States Attorney

DATED: July 16, 2012

/s/
WILLIAM L. OSTERHOUDT
Attorney for Jerry Mitchell

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from May 30, 2012 to June 20, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 7/16/12




THE [illegible] N
Unit[illegible] Judge