MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-00951 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JERRY MITCHELL, | |
| Defendant. | |

On June 20, 2012, the parties in this case appeared before the Honorable Edward M. Chen for a status conference. At that time, the parties represented that the defendant's DNA expert had recently requested and the government had produced the underlying charts, photographs and other materials relating to the DNA testing performed in the case. The defendant's DNA expert needed additional time to review the additional materials to reach scientific conclusions. Accordingly, the parties jointly requested a four week extension of time and stipulated that time should be excluded from June 20, 2012 to July 18, 2012, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due

diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED:

    MELINDA HAAG
    United States Attorney

DATED: July 16, 2012            /s/
    RANDY LUSKEY
    Assistant United States Attorney

DATED: July 16, 2012            /s/
    WILLIAM L. OSTERHOUDT
    Attorney for Jerry Mitchell

IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from June 20, 2012 to July 18, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: July 16, 2012

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-00951 EMC         2