MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR 11-00951 EMC |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION VACATING TRIAL DATE AND PRETRIAL CONFERENCE DATE AND SETTING CASE FOR CHANGE OF PLEA |
| v. | ) ) | |
| JERRY MITCHELL, | ) ) | ORDER |
| Defendant. | ) ) ) ) | |

   On July 18, 2012, the parties in this case appeared before the Honorable Edward M. Chen for a status conference. At that time, the parties represented that they had reached an impasse in settlement negotiations and requested that the Court set a trial date. The Court set a September 25, 2012 trial date and set the Pretrial Conference for September 18, 2012 at 2:00 p.m. The parties have now reached a resolution in this matter and jointly request that the Court hereby vacate the currently set trial date and Pretrial Conference date and set the matter for a change of

//

//

//

plea hearing on September 26, 2012 at 2:00 p.m.

IT IS SO STIPULATED:

                MELINDA HAAG
                United States Attorney

DATED: September 10, 2012            /s/
                RANDY LUSKEY
                Assistant United States Attorney

DATED: September 10, 2012            /s/
                WILLIAM L. OSTERHOUDT
                Attorney for Jerry Mitchell

IT IS SO ORDERED that the Change of Plea is set for 9/26/12 at 2:30 p.m.  Plea agreement to be delivered to chambers by 9/24/12.

_____
Edward M. Chen
U.S. District Judge



STIP VACATING TRIAL DATE AND PRETRIAL CONFERENCE
CR 11-00951 EMC                 2